

**UNITED STATES DISTRICT COURT**
Western District of Texas
U.S. Pretrial Services Office

**Austin Office**

June 17, 2021

501 W. 5th St. Suite 3200
Austin, Texas 78701
(512) 916-5297

111 E. Broadway, Suite A105
Del Rio, Texas  78840
(830) 703-2096

511 E. San Antonio, Room 380
El Paso, Texas  79901-2401
(915) 534-6758

100 E. Wall, Suite 152
Midland, Texas  79701-9998
(915) 570-0014

410 S. Cedar Street
Pecos, Texas  79772
(915) 445-2578

727 E. Cesar E. Chavez St., Room A636
San Antonio, Texas  78206-1204
(210) 472-4053

800 Franklin, Suite 319
Waco, Texas  76701-1934
(254) 750-1525

CARLOS URRUTIA
Chief Pretrial Services Officer

ANTONIO ACOSTA
Deputy Chief Pretrial Services Officer

IVONNE CASTANON
Assistant Deputy Chief Pretrial Services Officer

ALEX CRUZ
RICK RAMOS
STANLEY LERMA
REY LUNA
AMANDA CEBALLOS
LUIS FRAUSTO
CARMEN HERRERA
MIGUEL ROMERO
JERRY MORIN
Supervising Pretrial Services Officers

Honorable Susan Hightower
U. S. Magistrate Judge

Re:  Defendant:  WEST, Sedrione Eugene Ray
     Docket No.: 1:21-CR-004-1

Judge Hightower:

On January 25, 2021, the defendant was released by Your Honor on a Personal Recognizance bond with Pretrial supervision. The defendant is pending disposition for violation of Title 18 U.S.C. § 922.

*"... striving to exemplify the highest ideals and standards in community corrections."*

On June 8, 2021, the defendant reported to the U.S. Pretrial Services Office as directed and submitted a urine sample for testing. At that time, the defendant admitted he smoked marijuana approximately two weeks prior. On June 16, 2021, said test results returned positive for marijuana from the Regional Drug Lab. Consequently, the defendant has been admonished and warned that any future positive test results which suggest new and continued use may result in the revocation of his bond. It should be noted the defendant is currently participating in drug counseling at Hill County Counseling Center and is subject to random urine testing which has also been increased.

This information is being provided to the court as information only, and no action is being requested at this time.

If any further information should be required, please contact this officer at 391-8781.

Respectfully,

Albert P. Sierra
U.S. Pretrial Services Officer


The Court does concur ___✓___          The Court does not concur _____

_____
Honorable Susan Hightower
U.S. Magistrate Judge