PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Sedrione Eugene Ray West                                                         Docket No. 1:21-CR-004-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Albert P. Sierra , pretrial services/probation officer, presenting an official report upon the conduct of defendant  Sedrione Eugene Ray West , who was placed under pretrial release supervision by the  Honorable Susan Hightower, U.S. Magistrate Judge , sitting in the court at  Austin, Texas  on the 25th date of January , 2021 under the following conditions:

> See Appearance Bond and Order Setting Conditions of Release dated January 25, 2021.
>
> Condition (1): The defendant must not violate federal, state, or local law while on release.
>
> Condition (7)(r): Report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On October 18, 2021, Travis County Pretrial Services contacted U.S. Pretrial Services and advised that on October 17, 2021, the defendant was arrested by the Austin Police Department (APD) and charged with the offense of Possession of a Controlled Substance (Crack Cocaine). According to the offense report, on said date, the defendant (driver) and Keithrick Carter (front passenger) were pulled over due to the vehicle being operated without any functioning tail lights when dark outside. A probable cause search of the vehicle was subsequently conducted because drug paraphernalia was seen in plain view inside the vehicle. During this time, a hard, white substance in a clear plastic baggie was found inside a white cylinder container located underneath the cup holders and between the driver and passenger seats. The substance later tested positive for cocaine and had a mass of 0.9 grams.
>
> It should be noted the defendant was released on a Personal Recognizance Bond on October 18, 2021, pending final disposition of his case. To date, the defendant has not contacted Pretrial Services to report contact with law enforcement or advise of his arrest.
>
> Assistant United States Attorney, Douglas W. Gardner was informed of the defendant's violation and concurs with the recommendation of Pretrial Services.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and he be brought before this Court to show cause as to why this bond should not be revoked.

PS 8
(Rev. 12/04)

Page 2

Sedrione Eugene Ray West
Case #1:21-CR-00004-1

### ORDER OF COURT

Considered and ordered this  21st  day of October , 2021 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/21/2021

_____
U.S. Pretrial Services Officer   Phone Number   +1 (512) 589-4108

_____
Supervisory
U.S. Pretrial Services Officer   Phone Number   +1 (210) 818-7861

Place   U.S. Pretrial Services Office
        501 W. 5th Street, Suite 3200
        Austin, Texas 78701