# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | 1:21-CR-00004-RP | |
| § | | |
| **SEDRIONE EUGENE RAY WEST** § | | |
| *Defendant* § | | |

## Order On Petition for Action on Conditions of Pretrial Release

Before the Court is the U.S. Pretrial Services Office's Petition for Action on Conditions of Pretrial Release, filed October 21, 2021 (the "Petition") (Dkt. 36).

The Petition alleges that Defendant was arrested by the Austin Police Department on October 17, 2021, and charged with the offense of Possession of a Controlled Substance (Crack Cocaine) and had not reported the arrest to the Pretrial Services Office by the date of the Petition, in violation of the following conditions of his release:

(1) The defendant must not violate federal, state, or local law while on release.

(7)(r) The defendant must report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Defendant waived a bond revocation hearing on October 27, 2021. Dkt. 42. Accordingly, pursuant to 18 U.S.C. § 3148, it is **ORDERED** that Defendant's release on conditions is **REVOKED** and he is **HEREBY DETAINED** pending further proceedings.

## Directions Regarding Detention

Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

1

The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED** October 28, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE